## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-11207-mdc |
| Ivelisse M. Perez, | Chapter 7 |
| Debtor. | Adversary No. 22-00051 |
| Ciara Borges, Liana Marciel and Liana Marciel as Parent and Natural Guardian of Lyla Wulffen, a minor, | Related to ECF No. 4 |
| Plaintiffs, | |
| v. | |
| Ivelisse M. Perez, | |
| Defendant. | |

**Order Granting Defendant's Motion to Dismiss Adversary Proceeding**

AND NOW, on this _____ day of _____, 2022 after consideration of the Defendant's Motion to Dismiss Adversary Proceeding, and after notice and a hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This adversary proceeding is **DISMISSED WITH PREJUDICE**.

3. Plaintiff's claims under 11 U.S.C. § 523(a)(2)(A) (Counts 1, 3, and 5) are **DISMISSED WITH PREJUDICE**.

4. Plaintiff's claims under 11 U.S.C. § 523(a)(6) (Counts 2, 4, and 6) are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
Magdeline D. Coleman
*Chief U.S. Bankruptcy Judge*