**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 22-11207-mdc |
| Ivelisse M. Perez, | Chapter 7 |
| Debtor. | Adversary No. 22-00051 |
| Ciara Borges, Liana Marciel and Liana Marciel as Parent and Natural Guardian of Lyla Wulffen, a minor, | |
| Plaintiffs, | |
| v. | |
| Ivelisse M. Perez, | |
| Defendant. | |

**Consent Order of Judgment**

AND NOW, on this __8th__ day of __December__ 2022, this matter having been brought before the Court upon the Second Amended Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523, and this Court finding that:

1. The Court has jurisdiction over the matters raised in the Second Amended Complaint pursuant to 11 U.S.C. §§ 157(a) and 1334(b).

2. This is a core proceeding pursuant to 11 U.S.C. § 157(b).

3. All parties to the Second Amended Complaint, by and through their respective undersigned attorneys, have stipulated and consented to the following entry of judgment in this action.

NOW, THEREFORE, it is **ORDERED, ADJUTICATED,** and **DECREED** that all debts of Defendant Ivelisse M. Perez in favor of Plaintiffs Ciara Borges, Liana Marciel, and Lyla Wulffen for damages associated with the car accident at issue in the Second Amended Complaint are **DETERMINED** to be **NONDISCHARGABLE** pursuant to 11 U.S.C. §§ 523(a)(6) and 523(a)(9).

BY THE COURT:

*Magdeline D. Coleman*
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

We consent to the form and entry of this order.

GEOFFREY B. GOMPERS
& ASSOCIATES, P.C.

By:_____
Geoffrey B. Gompers
Attorney ID 42018
1515 Market Street, Suite 1650
Philadelphia, PA 19102
215-567-6600
gompers@gomperslaw.com

*Counsel for Plaintiffs Ciara Borges, Liana Marciel, and Liana Marciel as Parent and Natural Guardian of Lyla Wulffen, a minor.*

CIBIK LAW, P.C

By:_____
Digitally signed by Michael I. Assad
Date: 2022.10.10 14:47:25 -04'00'
Michael I. Assad
Attorney ID 330937
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

*Counsel for Defendant Ivelisse M. Perez*